# Court of Appeals
# of the State of Georgia

ATLANTA, July 29, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0009. ANTWANETTE HILL v. CARROLL COUNTY SUPERIOR COURT.**

Upon consideration of Appellant's "Emergency Motion for Contempt and Request for Immediate Relief," it is hereby DENIED. Appellant is reminded of Court of Appeals Rule 7 (e) (2).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/29/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*